**Order entered September 30, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00073-CV

## IN THE ESTATE OF IRA E. TOBOLOWSKY, DECEASED

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17620**

## ORDER

Before the Court is the Estate of Ira E. Tobolowsky's September 24, 2019 unopposed motion for extension of time to file its opening brief as to Dallas County and its appellee brief as to the City of Dallas. We **GRANT** the motion and **ORDER** the Estate's opening brief as to Dallas County and its brief in response to the City of Dallas's brief be filed no later than October 28, 2019. We caution that further extension requests will be disfavored.

                                              /s/     BILL WHITEHILL
                                                      JUSTICE